AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>James A. Ball, III<br>a/k/a Art Ball<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR 06-101 (JJF)<br><br>REDACTED |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| Before: **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | Date and Time<br>September 28, 2006 at 1:00 P.M. |

** Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___1343___

Brief description of offense:

WIRE FRAUD and MONEY LAUNDERING

2006 SEP 20 AM 9:26
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

_Evette Watson_, Deputy Clerk
Signature of Issuing Officer

September 15, 2005 in Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me |  |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Cert. Mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned    9-19-06
          Date

_Dw Thomas_
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

