UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CR.A.NO. 06-101-JJF |
| | : | |
| v. | : | |
| | : | |
| JAMES A. BALL, III, | : | 512 HOGESTOWN ROAD |
| | : | MECHANICSBURG, PA 17050 |
| Defendant. | : | CUMBERLAND COUNTY |
| | : | COMMONWEALTH OF PENNSYLVANIA |

## LIS PENDENS NOTICE

NOTICE is hereby given that an indictment has been returned in the United States District Court for the District of Delaware against the above named party. The indictment states that the United States will seek forfeiture of 512 Hogestown Road Mechanicsburg, PA 17050, Cumberland County, Pennsylvania, Book 113 Page 595. The property is described more fully in Exhibit A attached hereto.

Respectfully submitted this 27th day of September, 2006.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
BETH MOSKOW-SCHNOLL
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 573-6277
Facsimile: (302) 573-6220

COMMONWEALTH of PENNSYLVANIA } SS
County of CUMBERLAND
I Robert P. Ziegler, Recorder, do hereby
Certify that the foregoing is a true and
correct copy as appears in
Deed Vol. 113 Page 595
Witness my hand official seal this
22 Day of Aug
Recorder of Deeds
My Commission Expires, 1st Monday,
January 2010

3/521 M-ee

32-20-1831-071

## THIS DEED,

MADE THE 11th day of October in the year of our Lord one thousand nine hundred ninety four (1994)

BETWEEN Daniel L. Wagner and Sandra L. Wagner, husband and wife, Grantors

and

James A. Ball, Jr., married, James A. Ball III, single, Walter Allan Ball, married, and Stanley S. Sadel, single, Grantees:

WITNESSETH, that in consideration of Four Thousand ($4,000.00) Dollars, in hand paid, the receipt whereof is hereby acknowledged, the said grantors do hereby grant and convey to the said grantees,

ALL THAT CERTAIN tract or parcel of land situate in Silver Spring Township, Cumberland County, State of Pennsylvania, more particularly bounded and described according to survey of D. P. Raffensperger, Registered Surveyor, dated August 17, 1955, as follows:

BEGINNING at a point at the center line of State Highway Route #114, (according to survey of D. P. Raffensperger, August 17, 1955, this point is located eight hundred thirty-four (834) feet South of the center line of intersection of State Highway Route #114 and Township Road #585, known as Big Head Woods Road, said point according to hereinafter mentioned Plan of Lots, recorded in Plan Book 4, Page 9, being located eight hundred thirteen and thirty-five one-hundredths (813.35) feet South of the aforesaid intersection). The aforesaid point also being at the dividing line between Lots Nos. 8 and 9 on aforesaid Plan; thence North eighty-seven (87) degrees East along the same one hundred seventy-five (175) feet to a point at line of lands now or formerly of Mae Clepper Wolf; thence South three (3) degrees forty-seven (47) minutes East one hundred fifty (150) feet to a point at the dividing line between Lots Nos. 10 and 11 on said Plan; thence South eighty-seven (87) degrees West along the same one hundred seventy-five (175) feet to a point in the center line of State Highway Route #114; thence Northwardly along the same one hundred fifty (150) feet to a point, the place of BEGINNING.

BOOK 113 PAGE 595

Exhibit A

BEING Lots Nos. 9 and 10 on Mae Clepper Wolf Plan, recorded in Plan Book 4, Page 9, Cumberland County records.

HAVING thereon erected a two-story frame dwelling house and a detached frame garage and shop.

BEING THE SAME PREMISES which Loisann J. Johnson, Executrix under the Last Will and Testament of Harold H. Esher, deceased, by Deed dated November 14, 1988 and recorded November 22, 1988 in the Recorder of Deeds Office in and for Cumberland County, Pennsylvania, in Deed Book R, Volume 33, Page 476, granted and conveyed unto Daniel L. Wagner and Sandra L. Wagner, husband and wife, grantors herein.

And the said grantors hereby covenant and agree that they will warrant specially the property hereby conveyed.

IN WITNESS WHEREOF, said grantors have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered in the Presence of

_____
Daniel L. Wagner

_____
Sandra L. Wagner

STATE OF Colorado      :
                       : SS.
COUNTY OF El Paso      :

On this, the 12th day of October, 1994, before me, the undersigned officer, personally appeared Daniel L. Wagner and Sandra L. Wagner known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed same for the purposes therein contained.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires
Nov. 22, 1997

_____
NOTARY PUBLIC

BOOK 113 PAGE 596