UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | CR.A.NO. 06-101-JJF |
| v. | : | |
| **JAMES A. BALL, III,** | : | 4115 NANTUCKET DRIVE |
| | : | MECHANICSBURG, PA 17055 |
| Defendant. | : | CUMBERLAND COUNTY |
| | : | COMMONWEALTH OF PENNSYLVANIA |

### LIS PENDENS NOTICE

NOTICE is hereby given that an indictment has been returned in the United States District Court for the District of Delaware against the above named party. The indictment states that the United States will seek forfeiture of 4115 Nantucket Drive Mechanicsburg, PA 17055 , Cumberland County, Pennsylvania, Book A35 Page 503. The property is described more fully in Exhibit A attached hereto.

Respectfully submitted this 27th day of September, 2006.

                                COLM F. CONNOLLY
                                United States Attorney

                    BY: /s/ Beth Moskow-Schnoll
                        BETH MOSKOW-SCHNOLL
                        Assistant United States Attorney
                        1007 N. Orange Street, Suite 700
                        Wilmington, DE 19801
                        Telephone: (302) 573-6277
                        Facsimile: (302) 573-6220

COMMONWEALTH of PENNSYLVANIA } SS
County of CUMBERLAND
I Robert P. Ziegler, Recorder, do hereby Certify that the foregoing is a true and correct copy as appears in
Vol. 35 Page 503
Witness my hand official seal this
22 Day of Aug 06
Recorder of Deeds
My Commission Expires, 1st Monday,
January 2010

RECORDED-OFFICE OF THE
RECORDER OF DEEDS
CUMBERLAND COUNTY-PA.

'91 APR 1 PM 12 43

THIS DEED,

MADE THE 27TH day of MARCH in the year of our Lord one thousand nine hundred ninety one (1991)

BETWEEN JAMES A. BALL, III, Grantors

and

JAMES A. BALL, III, JAMES A. BALL, JR. AND WALTER ALAN BALL, JOINT TENANTS WITH RIGHT OF SURVIVORSHIP, Grantee:

WITNESSETH,- that in considerati- on of ONE ($1.00) Dollar, in hand paid, the receipt whereof is hereby acknowledge- - d, the said grantors do hereby grant and convey to the said grantees,

ALL THAT CERTAIN lot or tract of ground situate in Hampden Township, Cumberland County, Pennsylvani- a, more particularl- y bounded and described as follows, to wit:

BEGINNING at a point being the southwest corner of Lot #17, said point being located North 05 degrees 21 minutes 51 seconds East 60.41 feet from the centerline station 2 + 60.39 of Nantucket Drive; thence by the western line of Lot #17 and partly through a partition wall North 21 degrees 51 minutes 45 seconds East 49.00 feet to a point, being the northwest corner of Lot #17; thence by the northern line of Lot #17 South 68 degrees 08 minutes 15 seconds East 20.19 feet to a point; thence along the eastern line of Lot #17 and partly through a partition wall South 21 degrees 51 minutes 45 seconds West 49.00 feet to a point; thence along the southern line of Lot #17 North 68 degrees 08 minutes 15 seconds West 20.19 feet to a point, being the place of BEGINNING.

BEING Lot #17 on a Plan of Beaumont Square.

CONTAINING 989.31 Square Feet, more or less.

HAVING thereon erected a two story dwelling known and numbered as [REDACTED]

UNDER AND SUBJECT, nevertheles- s, to easements, restriction- s, reservation- - s, conditions and rights of way of record.

BEING THE SAME PREMISES which Alex DiSanto and Dona DiSanto, his wife, by Deed dated August 30, 1988 and recorded September 9, 1988 in the Recorder of Deeds Office in and for Cumberland County, PA in Deed Book 0-33, Page 203, granted and conveyed unto James A. Ball, III, Grantor herein.

This Deed is a conveyance from son to father, brother and self and therefore is exempt from any/all transfer taxes.

BOOK A 35 PAGE 503

Exhibit A

And the said grantors hereby covenant and agree that they will warrant specially the property hereby conveyed.

IN WITNESS WHEREOF, said grantors have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered
in the Presence of

_____
JAMES A. BALL, III

STATE OF PENNSYLVANIA
COUNTY OF CUMBERLAND

On this, the 27TH day of MARCH, 1991, before me, the undersigned officer, personally appeared James A. Ball, III known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed same for the purposes therein contained.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

NOTARIAL SEAL
ANGELA D. DRUCK, Notary Public
Hampden Township, Cumberland County
My Commission Expires October 31, 1994

NOTARY PUBLIC (SEAL)

I do hereby certify that the precise residence and complete post office address of the within grantee is: Ball Rentals, 6101 Westover Dr., Mechanicsburg, PA 17055

March 27, 1991.

Agent for GRANTEE

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Cumberland

RECORDED on this 1st day of April A.D. 1991, in the Recorder's office of the said County, in Deed Book A
Vol. 35, Page 503.

Given under my hand and seal of the said office, the date above written.

_____, Recorder
Robert P. Ziegler
Acting

BOOK A35 PAGE 504