UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | CR.A.NO. 06-101-JJF |
| v. | : | |
| **JAMES A. BALL, III,** | : | 413 THIRD STREET |
| | : | CUMBERLAND, PA 17070 |
| Defendant. | : | CUMBERLAND COUNTY |
| | : | COMMONWEALTH OF PENNSYLVANIA |

### LIS PENDENS NOTICE

NOTICE is hereby given that an indictment has been returned in the United States District Court for the District of Delaware against the above named party. The indictment states that the United States will seek forfeiture of 413 Third Street New Cumberland, PA 17070, Cumberland County, Pennsylvania, Book A35 Page 508. The property is described more fully in Exhibit A attached hereto.

Respectfully submitted this 27th day of September, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _____
BETH MOSKOW-SCHNOLL
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 573-6277
Facsimile: (302) 573-6220

COMMONWEALTH of PENNSYLVANIA } SS
County of CUMBERLAND
I Robert P. Ziegler, Recorder, do hereby
Certify that the foregoing is a true and
correct copy as appears in
Deed Vol. A-35 Page 508
Witness my hand and official seal this
26 Day of 19
Recorder of Deeds
My Commission Expires, 1st Monday,
January 2010

REGISTERED BY THE
BOROUGH OF NEW CUMBERLAND
4/1 19 91
Stephen Sultzaberger
Secretary

RECORDED-OFFICE OF THE
RECORDER OF DEEDS
CUMBERLAND COUNTY-PA.

'91 APR 1 PM 12 45

THIS DEED,

MADE THE 27TH day of MARCH in the year of our Lord one thousand nine hundred ninety one (1991)

BETWEEN JAMES A. BALL, III AND WALTER A. BALL, Grantors

and

JAMES A. BALL, III, WALTER ALAN BALL AND JAMES A. BALL, JR., JOINT TENANTS WITH RIGHT OF SURVIVORSHIP, Grantee:

WITNESSETH, that in consideration of ONE ($1.00) Dollar, in hand paid, the receipt whereof is hereby acknowledged, the said grantors do hereby grant and convey to the said grantees,

ALL THAT CERTAIN tract or parcel of land and premises, situate, lying and being in the Borough of New Cumberland in the County of Cumberland and Commonwealth of Pennsylvania, more particularly described as follows:

BEGINNING at a point on the Northern line of Third Street at the partition wall of a double frame dwelling house, said point being 150 feet west of the northwest corner of Reno Avenue and Third Street; thence northwardly through the partition wall of the aforementioned dwelling house beyond 140 feet to the southern line of a 20 feet wide alley; thence westwardly by the southerly line of said alley 25 feet to the dividing line between Lots Nos. 7 and 8; thence southwardly along the dividing line between Lots Nos. 7 and 8, 140 feet to the northerly line of Third Street; thence by the northerly line of Third Street eastwardly 25 feet to a point on the partition wall of the aforementioned dwelling house the point or place of BEGINNING.

BEING Lot No. 7, Block "J" in the general plan of George W. Buttoroff's Addition to New Cumberland as recorded in the Recorder of Deeds Office in Cumberland County aforesaid, in Deed Book 5-N, Page 498.

HAVING thereon erected the westerly half of a double three story frame dwelling house known and numbered ▓▓▓▓▓▓▓▓▓▓

BEING THE SAME PREMISES which Walter C. Lineburg and Kathleen I. Lineburg, his wife, by Deed dated June 10, 1985 and recorded June 13, 1985 in the Recorder of Deeds Office in and for Cumberland County, PA in Deed Book H-31, Page 720, granted and conveyed unto James A. Ball, III and Walter A. Ball, Grantors herein.

This Deed is a conveyance from sons to father and selfs and therefore is exempt from any/all transfer taxes.

BOOK A 35 PAGE 508

Exhibit A

And the said grantors hereby covenant and agree that they will warrant specially the property hereby conveyed.

IN WITNESS WHEREOF, said grantors have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered
in the Presence of

JAMES A. BALL, III

WALTER A. BALL

STATE OF PENNSYLVANIA
COUNTY OF CUMBERLAND

On this, the 27TH day of MARCH, 1991, before me, the undersigned officer, personally appeared James A. Ball, III and Walter A. Ball known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed same for the purposes therein contained.
IN WITNESS WHEREOF, I hereunto set my hand and official seal.

NOTARIAL SEAL
ANGELA D. DRUCK, Notary Public
Hampden Township, Cumberland County
My Commission Expires October 31, 1994

NOTARY PUBLIC

I do hereby certify that the precise residence and complete post office address of the within grantee is: Ball Rentals, 6101 Westover Dr, Mechanicsburg, Pa 17055

March 27, 1991.

Agent for GRANTEES

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Cumberland

RECORDED on this 1st day of April A.D. 1991, in the Recorder's office of the said County, in Deed Book A Vol. 35, Page 508.

Given under my hand and seal of the said office, the date above written,

Robert P Ziegler, Recorder
Acting

BOOK A 35 PAGE 509