AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

James A. Ball, III

Case Number:     CR 06-101 (JJF)

Mechanicsburg, PA 17050

(Name and Address of Defendant)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | October 26, 2006 at 1:00 P.M. |

\*\* Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)

X  Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    1343

Brief description of offense:

WIRE FRAUD AND MONEY LAUDERING

RECEIVED 2006 OCT 18 A 10:49

FILED

_Buette Watson, Deputy Clerk_
Signature of Issuing Officer

October 17, 2006 in Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _10-30-06_
         Date

_Dw Thomas_
Name of United States Marshal

_DT Fahey_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website

OFFICIAL

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |

7004 1160 0006 7939 8991

James A. Ball, III
Mechanicsburg, PA 17050

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions