IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. __JAMES A. BALL, III.__   CASE NO. __CR 06-101 (JJF)__

The defendant, __JAMES A. BALL, III__, having been scheduled for arraignment on __NOVEMBER 2, 2006__

a continuance having been requested by __DEFENDANT__

for the following reasons: __UNABLE TO RETAIN COUNSEL__

_____ and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to __11/9/06__

(2) The period between __10/5/06__ and __11/9/06__

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 11/3/06

FILED
NOV - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE