IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.   JAMES A. BALL, III   CASE NO. CR 06-101 JJF

The defendant,   JAMES A. BALL, III  , having been scheduled for arraignment on   November 9, 2006   a continuance having been requested by   DEFENDANT   for the following reasons:   UNABLE TO RETAIN COUNSEL   and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to   11/20/06  

(2) The period between   11/9/06   and   11/20/06   shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 11/13/06