AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

James A. Ball, III

Mechanicsburg, PA 17050

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 06-101 JJF

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| | 11/20/06 at 9:00 AM |
| Before:   Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

***MANDATORY APPEARANCE IS REQUIRED WITH OR WITHOUT COUNSEL***

To answer a(n)
X  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____18_____ United States Code, Section(s) _____1343_____

Brief description of offense:

WIRE FRAUD AND MONEY LAUNDERING

FILED
2006 NOV 22 AM 10: 08
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Cuollo Watson_, Deputy Clerk
Signature of Issuing Officer

November 13, 2006 in Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _____Did not appear_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   11-22-06                        DW Thomas
           Date                             Name of United States Marshal

                                            BJ Raley
                                            (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

