*FILED IN OPEN COURT.*
*12/4/06 KJK.*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>      Plaintiff,    )<br>            )<br>            )<br>vs.         )<br>            )<br>**JAMES A. BALL, III**    )<br>            )<br>      Defendant.   ) | CASE NO. **CR 06-101-JJF** |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **4**$^{TH}$ day of   **DECEMBER, 2006,**

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
DEC 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE