OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 DEC -5 AM 11:43

December 5, 2006

UNITED STATES OF AMERICA

    v.                                    CR 06-101-JJF

James A. Ball, III

I hereby acknowledge receipt of the following documents: U.S. Passport No. **4047710 65 issued on April 27, 2005 Expiration date April 26, 2015 issued to above defendant**

FILED
DEC 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

12-5-2006
_____                _____
DATE                                DEPUTY CLERK