➲AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

James A. Ball, III

**WARRANT FOR ARREST**

Case Number:     CR 06-101 (JJF)

REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JAMES A. BALL, III
                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

FAILURE TO APPEAR

FILED
DEC 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

*Evette Watson*, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

November 20, 2006 in WILMINGTON, DE
Date and Location

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED<br>11-20-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12-04-06 | William Dause, DUSM | *William Dause* |