UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-101-JJF |
| JAMES A. BALL, III, | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Defendant, James Ball, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the March 1, 2007 scheduling conference, which has been set to take place at 10:30 a.m. Counsel submits the following in support thereof:

1. Mr. Ball has been charged with committing wife fraud in violation of 18 U.S.C. Section 1343 and money laundering in violation of 18 U.S.C. Sections 1956(a)(1)B)(i) and 2. Mr. Ball is currently released on bail and being supervised by pre-trial services. The parties have made progress to resolve this action and need to finalize the negotiations.

2. The Court scheduled a sentencing conference on March 1, 2007 at 10:30 a.m. Unfortunately, Defense Council has a change of plea hearing scheduled at that time before Chief Judge Susan L. Robinson. Therefore, the Defense requested a continuance in order to reschedule the scheduling conference. Council spoke to David Weiss, in place of Beth Moskow-Schnoll who indicated that his office does not oppose this request.

**WHEREFORE**, Mr. Ball respectfully requests the Court to continue the scheduling conference to a date and time in the future.

                              /s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801 302-573-6010
efc_de@msn.com
Attorney for James A. Ball, III

DATED: February 27, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-101-JJF |
| | : | |
| JAMES A. BALL, III, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to the Defense's Motion For Continuance, it is hereby **ORDERED** this _____ day of _____, 2007, that Defendant Ball's scheduling conference is continued to a date to be determined in the future.

_____
Joseph J. Farnan, Jr.
United States District Court Judge

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion for Continuance is available for public viewing and downloading and was electronically delivered on February 27, 2007 to:

David Weiss, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
efc_de@msn.com
Attorney for James A. Ball, III