UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-101-JJF |
| JAMES A. BALL, III, | : | |
| Defendant. | : | |

## AMENDED MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Defendant, James Ball, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an Order to continue the March 1, 2007 Scheduling Conference, which is scheduled for 10:30 a.m. As grounds, it is stated:

1. Mr. Ball was charged with committing wire fraud, in violation of 18 U.S.C.§ 1343, and money laundering, in violation of 18 U.S.C.§§ 1956(a)(1)B)(i) and (2). Mr. Ball is currently on bail and being supervised by Pre-Trial Services. The parties have made progress toward resolving this action and are in final negotiations.

2. The Court scheduled a Scheduling Conference on March 1, 2007 at 10:30 a.m. Counsel, however, has a Change of Plea Hearing scheduled during that time before Chief Judge Sue L. Robinson.

3. Because of this conflict, Mr. Ball respectfully requests that the Scheduling Conference be postponed to another date and time. Counsel spoke to David Weiss, Chief of the Criminal Division of the United States Attorney's Office, who indicated that the government does not oppose this request.

**WHEREFORE**, Mr. Ball respectfully requests that the Court continue the Scheduling Conference to another date and time consistent with the Court's calendar.

        EDSON A. BOSTIC
        Acting Federal Public Defender

By:    /s/
       CHRISTOPHER S. KOYSTE, ESQUIRE
       Assistant Federal Public Defender
       704 King Street, Suite 110
       Wilmington, Delaware 19801
       302-573-6010
       efc_de@msn.com
       Attorney for James A. Ball, III

DATED: February 28, 2007

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that Defendant's Motion for Continuance of Scheduling Conference is available for public viewing and downloading and was electronically delivered on February 28, 2007 to:

>David Weiss, Chief of the Criminal Division
>United States Attorney's Office
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>EDSON A. BOSTIC
>Acting Federal Public Defender

By:    /s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
efc_de@msn.com
Attorney for James A. Ball, III

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-101-JJF |
| | : | |
| JAMES A. BALL, III, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this _____ Day of _____, 2007, upon consideration of Defendant's Amended Motion For Continuance of Scheduling Conference, it is hereby

**ORDERED** that Defendant, James A. Ball, III's Scheduling Conference is continued to a date to be determined.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court