UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-101-JJF |
| JAMES A. BALL, III, : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 5 Day of March, 2007, upon consideration of Defendant's Amended Motion For Continuance of Scheduling Conference, it is hereby

**ORDERED** that Defendant, James A. Ball, III's Scheduling Conference is continued to a date to be determined.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court



FILED
MAR 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE