IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-101 JJF |
| JAMES A. BALL, III | : |
| Defendant. | : |

### O R D E R

WHEREAS, on March 16, 2007, the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Jury Trial will commence on **Monday, April 23, 2007 at 9:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. If a Plea agreement is reached, a Rule 11 hearing will be held on **Monday, April 23, 2007 at 9:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and April 23, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 21, 2007                                     _____
     DATE                                          UNITED STATES DISTRICT JUDGE

FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE