Filed in Open Court this 23rd day of April 2007

dt

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. ~~07~~ 06-101-JJF |
| JAMES A. BALL, III, a/k/a ART BALL, | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT ONE

On or about February 4, 2005, in the Middle District of Pennsylvania, the defendant, James A. Ball, III, a/k/a Art Ball, did knowingly and willfully and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, cause a domestic financial institution as defined in 31 CFR § 103.11, to wit: Citizens Bank, to file a currency transaction report as required by 31 U.S.C. § 5313 containing a misstatement of fact. All in violation of Title 31, United States Code, Section 5324(a)(2).

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 23, 2007

FILED
APR 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE