IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-101 JJF |
| JAMES A. BALL, III | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment and Count One of the Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, October 4, 2007, at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 25, 2007
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE



FILED

APR 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE