**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No.: 06-101-JJF |
| : | |
| JAMES ARTHUR BALL, III, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION TO WITHDRAW CURRENT COUNSEL
AND TO APPOINT NEW COUNSEL**

Edson A. Bostic, Federal Public Defender for the District of Delaware, hereby moves this Court for an Order withdrawing the Office of the Federal Public Defender for the District of Delaware as counsel for James Arthur Ball, III, and to appoint Christopher Koyste, as court appointed counsel and a member of the Criminal Justice Act Panel, to continue his representation.

In support thereof, Mr. Bostic avers as follows:

1. On or about December 4, 2006, the Office of the Federal Public Defender was appointed to represent Mr. Ball, and the matter was assigned within the office to Christopher Koyste, Esquire.

2. Thereafter, Mr. Ball pleaded guilty pursuant to an Information charging him with wire fraud, causing a financial institution to file a false currency transaction report, in violation of 18 U.S.C. § 1343 and 31 U.S.C. § 5324 [a][2], respectively. The guilty plea was entered on April 23, 2007.

3. Mr. Koyste has resigned from the Office of the Federal Public Defender and the matter was then reassigned to Federal Public Defender, Edson A. Bostic.

4. Since that time, Mr. Koyste[1] has informed Counsel that Mr. Ball desires to have Mr. Koyste continue as counsel in this matter. The basis for this stems from the close and longstanding attorney-client relationship that has developed between Mr. Koyste and Mr. Ball.

5. In the interest of justice and to foster the continuity of this attorney-client relationship, Counsel is requesting that the Office of the Federal Public Defender be removed from this matter and Mr. Koyste be appointed as court appointed counsel for Mr. Ball, pursuant to the Criminal Justice Act.

6. The withdrawal of the Office of the Federal Public Defender and appointment of Mr. Koyste as counsel for defendant should not result in any substantial delay in the disposition of this matter.

7. Counsel has discussed the filing of the instant motion with the government and Assistant United States Attorney Beth Moskow-Schnoll, does not oppose the motion.

**WHEREFORE**, for the above stated reasons, it is respectfully requested that this Court enter an Order withdrawing the Office of the Federal Public Defender for the District of Delaware as Mr. Ball's Counsel, and appointing Christopher Koyste, a member of the Criminal Justice Act Panel to continue Mr. Ball's representation.

/s/
**EDSON A. BOSTIC**
Federal Public Defender

Attorney for James A. Ball, III

Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801

Dated: July 20, 2007

---

[1] Mr. Koyste has since been named to the Criminal Justice Panel.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the attached motion for Defendant, James A. Ball, III is available for public viewing and downloading and was electronically delivered on July 20, 2007 to:

**BETH MOSKOW-SCHNOLL, ESQUIRE**
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

via First Class Mail to:

**CHRISTOPHER S. KOYSTE**
800 N. KING STREET, SUITE 302
WILMINGTON, DE 19801

/s/
_____

**EDSON A. BOSTIC**
Federal Public Defender

Attorney for James A. Ball, III

Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware  19801

Dated: July 20, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.: 06-101-JJF |
| | : | |
| JAMES ARTHUR BALL, III, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2007, upon consideration of Counsel's Unopposed Motion to Withdraw Current Counsel and to Appoint New Counsel, it is hereby **ORDERED** that the Office of the Federal Public Defender for the District of Delaware is withdrawn as counsel, and Christopher Koyste, Esquire, a member of the Criminal Justice Act Panel, will be appointed to represent Defendant, James Arthur Ball, III.

BY THE COURT:

_____
**HONORABLE JOSEPH J. FARNAN, JR.**
United States District Court