IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.: 06-101-JJF |
| JAMES ARTHUR BALL, III, | : | |
| Defendant. | : | |

### ORDER

AND NOW, this ___24___ day of ___July___, 2007, upon consideration of Counsel's Unopposed Motion to Withdraw Current Counsel and to Appoint New Counsel, it is hereby **ORDERED** that the Office of the Federal Public Defender for the District of Delaware is withdrawn as counsel, and Christopher Koyste, Esquire, a member of the Criminal Justice Act Panel, will be appointed to represent Defendant, James Arthur Ball, III.

BY THE COURT:

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court