PS 8
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:06CR00101-001 (JJF) |
| James A. Ball, III | ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW CAROL L. SAIN PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant James A. Ball, III who was released under pretrial release supervision by the Honorable Mary Pat Thynge, sitting in the court at Wilmington, on the 5th day of December 2006 under the following conditions:

7(a): The defendant shall report to Pretrial Services as directed;
7(e): The defendant shall seek or maintain employment;
7(g): The defendant shall surrender any passport to: Clerk of the District Court.
7(I): The defendant shall not travel outside the states of Delaware and Pennsylvania without permission from the pretrial service officer;
7(o): The defendant shall refrain from any use of alcohol;
7(p) The defendant shall not possess or use an illegal controlled substance;
7(q): The defendant shall participate in alcohol/ drug testing;
7(u): The defendant shall report as soon as possible to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7(u): The defendant shall report as soon as possible, tot he pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7(v): Defendant shall pay for the representative provided by the Federal Public Defender's Office in the amount of $500/month beginning 12/5/06. All subsequent payments shall be due on or before the 5th of the months following until full payments for the representation is made.
7(w):Regarding 7(I), must obtain permission from Pretrial Service no less than 24 hours before the scheduled travel.
7(x): Defendant shall not be released until the first payment for representation is made.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Please see attached.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of James A. Ball, III, so that he can be brought before to answer the charge of violating the terms of his pretrial release.

ORDER OF COURT

So ordered this 11 day of
September 2007.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct.

_____
U.S. Pretrial Services Officer
Place Wilmington, Delaware
Date September 10, 2007

FILED
SEP 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Condition 7(o): "The defendant shall refrain from any use of alcohol."

**Evidence:** On May 10, 2007, James Ball was stopped by Hampden Township Police Department for suspicion of driving under the influence. Mr. Ball admitted to the police officer that he had been drinking Yeager bombs, a known alcoholic beverage. This charge is still pending.

Condition 7(p): "The defendant shall refrain from any use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner."

**Evidence:** Mr. Ball submitted urine specimens on the following dates that have tested positive for the use of a controlled substance:

| Date | Scientific Testing Laboratories Specimen No. | Drug |
| --- | --- | --- |
| 12/15/06 | C00234488 | Cocaine |
| 01/19/07 | C00620038 | Cocaine |

Condition 7(u): "The defendant shall report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop."

**Evidence:** Mr. Ball was arrested on the following dates for the indicated charges: April, 16, 2007, in Silver Spring Township, Pennsylvania, for driving with a suspended license and failure to stop at red signal; May 10, 2007, in Hampden Township, Pennsylvania for driving under the influence, and driving with a suspended license; and June 11, 2007, in New Cumberland, Pennsylvania, for issuing a bad check. All charges are still pending.

Mr. Ball failed to verbally advise his pretrial service officer of his law enforcement contact on the above noted dates. On his Pretrial Service Supervision Reports dated April 3, 2007, May 9, 2007, July 26, 2007, and July 30, 2007, he specifically marked an "x" in the box "no" asking the question, "Have you been questioned by law enforcement or arrested since the last Pretrial Services Supervision Report?"