IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-101 JJF |
| JAMES A. BALL, III | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, due to a scheduling conflict;

IT IS HEREBY ORDERED that Defendant's Sentencing scheduled for Thursday, October 4, 2007, at 9:30 a.m., is rescheduled to **Thursday, November 15, 2007 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 14, 2007
DATE

UNITED STATES DISTRICT JUDGE