IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No. 06-101-JJF |
| JAMES A. BALL, | : |
| Defendant. | : |

**ORDER OF BAIL REVOCATION**

WHEREAS, the defendant has been charged with and convicted of a violation of federal criminal law, arrested and released on bail, to which certain conditions of release have been ascribed as outlined in the Petition for Action on Conditions of Pretrial Release ; and

WHEREAS, the defendant appeared before the Court on September 12, 2007 with counsel, with whom the defendant had conferred prior to the hearing, and

WHEREAS, defendant did not contest, but admitted to certain violations of pretrial release and post-conviction release after being advised of his rights and after a colloquy proceeding. As a result, Court found that the evidence was clear and convincing that the defendant had violated the terms of his release and that the defendant is unlikely to abide by any conditions or combinations of conditions of release in the future.

IT IS HEREBY ORDERED this **13th** day of **September**, that bail and all conditions of release be revoked pursuant to 18 U.S.C. §3148 and that the defendant be

FILED
SEP 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

detained and placed in the custody of the U.S. Marshals Service pending sentencing on the underlying offenses for which he is convicted.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE