AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

JAMES A. BALL, III

**WARRANT FOR ARREST**

Case Number: CR 06-101-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JAMES A. BALL, III
                                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    **X** Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF BAIL CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO                 BY: /s/ Duncan, DEPUTY CLERK
Name of Issuing Officer                   Signature of Issuing Officer

CLERK OF COURT                   SEPTEMBER 11, 2007 at WILMINGTON, DE
Title of Issuing Officer                     Date and Location

FILED OCT 24 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

James A. Ball III

| DATE RECEIVED 9/11/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad  DUSM | SIGNATURE OF ARRESTING OFFICER /s/ Ty M. C |
|---|---|---|
| DATE OF ARREST 9/12/07 | | |