IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-101 JJF |
| JAMES A. BALL, III | : |
| Defendant. | : |

**ORDER**

WHEREAS, the November, 2007 Sentencing of the above Defendant was continued by the Court to allow additional time for the United States Probation Office to gather financial records;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, January 30, 2008, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

December 11, 2007          _____
        DATE                    UNITED STATES DISTRICT JUDGE

