IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-101-JJF |
| | ) | |
| JAMES ART BALL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Beth Moskow-Schnoll as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated: 1-17-08