*Filed in open court this 30th day of January, 2008*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-101-JJF |
| JAMES ART BALL, | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly,

United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States

Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 2

through 64 of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea

Agreement dated April 12, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____

Edmond Falgowski
Assistant United States Attorney

Dated:   January 30, 2008

**IT IS SO ORDERED this** ___1___ **day of** ___February___ **,** **2008.**

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

```
F I L E D

JAN 3 0 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```