IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-101-JJF |
| | : | |
| JAMES A. BALL, III, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF APPEAL

Notice is given that James A. Ball, III, Defendant in the above captioned action, has requested his attorney[1], Christopher S. Koyste, to file a notice of appeal to the United States Court of Appeals for the Third Circuit from the February 14, 2008 judgement order of the Honorable Joseph J. Farnan, Jr.

                                                  Christopher S. Koyste, Esquire
                                                  709 Brandywine Boulevard
                                                  Bellefonte, Delaware  19809
                                                  (302) 762-5195
                                                  Attorney for Defendant Ball

Dated: February 24, 2008

---

    [1]   Mr. Ball was found to be indigent and entitled to court appointed counsel pursuant to the Criminal Justice Act.

## CERTIFICATE OF SERVICE

Undersigned Counsel certifies that the attached filing of Mr. Ball is available for public viewing and downloading and was electronically delivered on February 24, 2008 to:

Edmond Falgowski
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

A copy of said notice of appeal was also forwarded via United States mail, addressed to:

James A. Ball, III
Inmate Number 05151-015
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106

/s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
709 Brandywine Boulevard
Bellefonte, Delaware 19809
(302) 762-6195
Email: ckoyste@koyste.com
Attorney for James A. Ball, III