IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : Criminal No. 06-101 | |
| James Ball, III | : | |
| Defendant, | : | |

## SATISFACTION OF JUDGMENT

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

COLM F. CONNOLLY
United States Attorney

By: _____

Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Date:   May 21, 2008